```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30900
    ELROY M LEACH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2150


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/08/2005 and was confirmed 10/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/10/2007.
------------------------------------------------------------------------
 CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
NATIONWIDE ACCEPTANCE~    SECURED           5762.09       493.32        2406.87
NATIONWIDE ACCEPTANCE~    UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED         9377.10          .00            .00
CITY OF CHICAGO REVENUE   UNSECURED       NOT FILED          .00            .00
REV SENATOR JAMES T MEEK  UNSECURED       NOT FILED          .00            .00
PREMIER BANCARD CHARTER   UNSECURED          465.06          .00            .00
LEGAL HELPERS PC          DEBTOR ATTY     1,900.00                       1,900.00
TOM VAUGHN                TRUSTEE                                          259.81
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   5,060.00

PRIORITY                                              .00
SECURED                                           2,406.87
    INTEREST                                        493.32
UNSECURED                                             .00
ADMINISTRATIVE                                    1,900.00
TRUSTEE COMPENSATION                                259.81
DEBTOR REFUND                                         .00
                        --------------       --------------
TOTALS                    5,060.00                5,060.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 30900 ELROY M LEACH